**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DENIS ALEKSANDROVICH<br>　　EMELYANTSEV,<br>　　aka "Denis Kloster,"<br>　　aka "Stanx,"<br><br>　　　　　　　Defendant. | Case No. 19CR4748-W<br><br>ORDER (i) VACATING THE MOTION SETTING, (ii) SETTING A STATUS HEARING, AND (iii) EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The Court has read and considered the Joint Motion to (i) vacate the motion setting, (ii) set a status hearing, and (iii) exclude time under the Speedy Trial Act, filed by the parties in this matter on November 2, 2022. The Court finds that the Joint Motion, which this Court incorporates by reference into this Order, demonstrates facts that support the request and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by vacating the motion setting outweigh the best interest of the public and the defendants in a speedy trial; (ii) failure to grant the continuance would likely result in a miscarriage of justice; and (iii) failure to grant the joint motion would unreasonably deny defense

counsel the reasonable time for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The motion setting scheduled for November 7, 2022, at 9:00 a.m. is vacated.

2. A status hearing is set for December 5, 2022, at 9:00 a.m.

3. The time period from October 21, 2022, to December 5, 2022, inclusive, is excluded in computing the time within the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D) (7)(A), (B)(i), and (B)(iv).

4. Defendant shall appear in Courtroom 3C of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101 on December 5, 2022 at 9:00 a.m.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which a trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods within which trial must commence.

IT IS SO ORDERED.

DATED: 11/2/22

HON. THOMAS J. WHELAN
United States District Judge